# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 23, 2021

## NO. 03-19-00796-CV

**Linda Reed, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order granting the State's plea to the jurisdiction signed by the trial court on October 18, 2019. Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.